PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
### Western District of Texas

## Report on Offender Under Supervision

Name of Offender: <u>Jose "Joey" Lira</u>                    Case Number: <u>A-11-CR-131(03)-LY</u>

Name of Sentencing Judicial Officer: <u>The Honorable Lee Yeakel, United States District Judge,</u>
<u>Western District of Texas, Austin Division</u>

Date of Original Sentence:  <u>July 1, 2011</u>

Original Offense: <u>Ct. 1: Conspiracy, in violation of 18 U.S.C. § 371; Ct. 2: Smuggling Firearms,</u>
<u>in violation of 18 U.S.C. § 554; and Ct. 45: Felon in Possession of a Firearm, in violation of 18</u>
<u>U.S.C. § 922(g)(1)</u>

Original Sentence: <u>Ct. 1: 60 months imprisonment, Ct. 2: 50 months imprisonment, Ct. 45: 50</u>
<u>months imprisonment; to be served concurrently to one another and consecutively to Ct. 1, to the</u>
<u>extent necessary to produce a total term of 110 months, followed by three (3) years supervised</u>
<u>release on Cts. 1, 2 and 45, to be service concurrently;  Special Conditions include: drug aftercare;</u>
<u>financial disclosure; asset and liability disclosure; alcohol abstinence; no gang association;</u>
<u>application of all anticipated or unanticipated monies to outstanding court ordered financial</u>
<u>obligation; payment of a $300 special assessment and $3,000 fine</u>

Type of Supervision: <u>Supervised Release</u>          Date Supervision Commenced: <u>April 12, 2019</u>

Assistant U. S. Attorney: <u>Mark Lane</u>               Defense Attorney: <u>William H. Ibbotson (FPD)</u>

## PREVIOUS COURT ACTION

On January 29, 2020, the Court modified the defendant's conditions of supervision to include a
search condition based on testing positive for the use of amphetamine on January 10, 2020.

## NONCOMPLIANCE SUMMARY

**Violation of Criminal Monetary Penalty:** "It is further ordered that the defendant shall pay the
United States a fine of $3,000."

Jose "Joey" Lira
Report on Offender Under Supervision
Page 2

**Nature of Noncompliance:** The defendant has been on supervised release for 36 months and is due to expire on April 11, 2022. The defendant's fine payments have been inconsistent. The defendant is enrolled in the Treasury Offset Program (TOPS) that identifies his income tax refunds that are applied toward the fine obligation. To date, a total of $1,750 has been satisfied toward the fine obligation; the outstanding balance is $1,250. The defendant is gainfully employed. Based on the defendant's current financial condition, it does not appear that he has the ability to satisfy the outstanding fine balance prior to his expiration date.

**U.S. Probation Officer Action:** As the defendant is set to expire his supervision on April 11, 2022, and he continues to pay towards the outstanding fine obligation, it is recommended that no further action be taken at this time, and he be allowed to expire his term of supervision. The Financial Litigation Unit will monitor fine payment collection until the balance has been paid in full upon expiration of supervised release.

Respectfully submitted,

Kathleen Dow
United States Probation Officer
Date: 4/8/2022

Approved:

Craig A. Handy
Supervising United States Probation Officer

**THE COURT ORDERS:**

[✓] No Action
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Honorable Susan Hightower
United States Magistrate Judge
Date:  April 8, 2022